UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCK HAVEN VENTURES, LLC d/b/a ANYTIME FITNESS PLAINVILLE,<br><br>Plaintiff,<br><br>v.<br><br>VENTAPRO SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | 1:20-cv-11239-RWZ |

### **DECLARATION OF COSTANTINO P. SURIANO, Esq.**

I, Costantino P. Suriano, depose and state as follows:

1. I am an attorney licensed to practice in the State of New York. I am a resident of New Jersey.

2. I am counsel for defendant Vantapro Specialty Insurance Company ("Vantapro") in the above-captioned matter.

3. I am a partner with the law firm of Mound Cotton Wollan & Greengrass LLP, which is located at One New York Plaza, 44th Floor, New York, NY 10004.

4. I was admitted to practice law in the State of New York on March 25, 1981. My New York State Bar Number is 1718030.

5. I am authorized to practice law in the following federal courts:

    U.S. District Court, Western District of New York

    U.S. District Court, Northern District of New York

    U.S. District Court, Eastern District of New York

    U.S. District Court, Southern District of New York

    U.S. Court of Appeals, 2nd Circuit

    U.S. Court of Appeals, 3rd Circuit

1

        U.S. Court of Appeals, 5th Circuit

        U.S. Court of Appeals, 6th Circuit

        U.S. Court of Appeals, 7th Circuit

        U.S. Court of Appeals, Federal Circuit

        U.S. Supreme Court

        U.S. District Court, District of New Jersey

        U.S. District Court, District of Connecticut

        U.S. District Court, Northern District Court of California

        U.S. Court of International Trade

6.     I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

7.     I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary actions pending against me in any federal or state court. A Certificate of Good Standing from the State Bar of New York is attached hereto.

8.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9.     Attorneys Regina E. Roman and Kenneth N. Thayer of Sugarman, Rogers, Barshak & Cohen, P.C., located at 101 Merrimac Street, Suite 900, Boston, Massachusetts, 02114 are admitted to practice before this Court and will continue to represent Ventapro in this matter along with myself.

10.  I agree to comply with the standards of professional conduct required of the members of the bar of this Court.

Signed under the penalties of perjury on this 3rd day of November, 2020.

By: *Costantino P. Suriano*
Costantino P. Suriano, Esq.



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Costantino P. Suriano** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of March 1981, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 23, 2020.

*Aprilanne Agostino*

Clerk of the Court