UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCK HAVEN VENTURES, LLC d/b/a ANYTIME FITNESS PLAINVILLE,<br><br>                                Plaintiff,<br>v.<br>VENTAPRO SPECIALTY INSURANCE COMPANY,<br>                                Defendant. | 1:20-cv-11239-RWZ |

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiff Rock Haven Ventures, LLC d/b/a Anytime Fitness Plainville ("Rock Haven") has requested that defendant Vantapro Specialty Insurance Company ("Vantapro") consent to the filing of the attached amended complaint; and

WHEREAS, Vantapro has agreed to consent to the filing by Rock Haven of the attached amended complaint pursuant to the terms set forth herein;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto by their undersigned attorneys as follows:

1. The amended complaint attached hereto as Exhibit A shall be filed by Rock Haven.

2. Vantapro's consent to the filing of the amended complaint shall be without prejudice to all defenses of Vantapro to the amended complaint.

3. Vantapro shall have until 40 days after the execution of this stipulation to answer or move with respect to the amended complaint.

4. The date for the exchange of initial disclosures set forth in the joint scheduling conference statement shall be adjourned from February 12, 2021 to March 19, 2021.

5. This stipulation may be executed in counterparts and may be signed electronically or by facsimile signatures with the same effect as original signatures.

Dated: February 2, 2021

| ROCK HAVEN VENTURES, LLC d/b/a<br>ANYTIME FITNESS PLAINVILLE,<br>By its attorneys, | VANTAPRO SPECIALTY INSURANCE<br>COMPANY,<br>By its attorneys, |
|---|---|
| /s/Benjamin H. Duggan<br>Kathy Jo Cook, BBO# 631389<br>kjcook@kjclawfirm.com<br>John T. Martin, BBO# 676344<br>jmartin@kjclawfirm.com<br>Benjamin H. Duggan, BBO# 684981<br>bduggan@kjclawfirm.com<br>KJC Law Firm, LLC<br>10 Tremont Street, 6th Floor<br>Boston MA, 02108<br>617-720-8447 | /s/ Kenneth N. Thayer<br>Regina E. Roman, BBO#426120<br>roman@sugarmanrogers.com<br>Kenneth N. Thayer, BBO# 671029<br>thayer@sugarmanrogers.com<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3030<br><br>And<br><br>Costantino P. Suriano (admitted *pro hac vice*)<br>csuriano@moundcotton.com<br>Robert S. Goodman (admitted *pro hac vice*)<br>rgoodman@moundcotton.com<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza, 44th Floor<br>New York, NY 10004<br>(212) 804-4200 |

SO ORDERED:

_/s/ Ryan Zobel_
U.S.D.J.
2/18/21

2