IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCK HAVEN VENTURES, LLC d/b/a ANYTIME FITNESS PLAINVILLE <br>     Plaintiff, <br><br> v. <br><br> VENTAPRO SPECIALTY INSURANCE COMPANY, <br>     Defendant. | CIVIL ACTION NO. <br> 1:20-cv-11239 |

## VOLUNTARY STIPULATION OF DISMISSAL

Now come the parties, pursuant to Fed. R. Civ. P. 41(a)(ii), who hereby voluntarily stipulate to the dismissal of the above-captioned matter with prejudice, without costs and with all rights of appeal waived.

Respectfully submitted,

| | |
|---|---|
| Rock Haven Ventures LLC d/b/a Anytime Fitness Plainville, <br> By its attorneys: <br> */s/ Kathy Jo Cook* <br> Kathy Jo Cook, BBO# 631389 <br> kjcook@kjclawfirm.com <br> */s/ John T Martin* <br> John T. Martin, BBO# 676344 <br> jmartin@kjclawfirm.com <br> */s/ Benjamin H. Duggan* <br> Benjamin H. Duggan, BBO# 684981 <br> bduggan@kjclawfirm.com <br> KJC Law Firm, LLC <br> 10 Tremont Street, 5th Floor <br> Boston, MA 02108 <br> 617-720-8447 | VANTAPRO SPECIALTY INSURANCE COMPANY <br> By its attorneys, <br> */s/ Kenneth N. Thayer* <br> Regina E. Roman, BBO#426120 <br> roman@sugarmanrogers.com <br> Kenneth N. Thayer, BBO# 671029 <br> thayer@sugarmanrogers.com <br> Sugarman, Rogers, Barshak & Cohen, P.C. <br> 101 Merrimac Street <br> Boston, MA 02114 <br> (617) 227-3030 <br><br> And <br><br> Costantino P. Suriano (admitted pro hac vice) <br> csuriano@moundcotton.com <br> Robert S. Goodman (admitted pro hac vice) <br> rgoodman@moundcotton.com <br> Mound Cotton Wollan & Greengrass LLP |

1

CERTIFICATE OF SERVICE

    I, Benjamin H. Duggan, hereby certify that on June 15, 2022, I served the foregoing on all counsel of record via email.

                                                    <u>/s/ Benjamin H. Duggan</u>
                                                    Benjamin H. Duggan

Case 1:20-cv-11239-RWZ    Document 31    Filed 06/15/22    Page 2 of 2